

# Court of Appeals
## of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

410-260-1500
1-800-926-2583

Bessie M. Decker
Clerk

Suzanne C. Johnson
Chief Deputy

Marie Warrick
Doneice Burnette
Rachael Spicknall
Kisha Taylor-Wallace
Deputies

Allison Festa
Administrative Support

Leslie Cockrell
Senior Recorder

Sandra Belt
Assistant Recorder

## N O T I C E

February 19, 2018

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Opinion and Order of this Court dated January 19, 2018

**EDWARD SMITH, JR.**

2225 Saint Paul Street
Baltimore, Maryland 21218

has been disbarred, effective February 19, 2018, from the further practice of law in this State, and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 19-761).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this nineteenth day of February, 2018.

/s/ Bessie M. Decker
Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554