IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

Edward Smith, Jr.

Respondent.

CASE NO. 18-mc-167
(DISCIPLINARY)

## SHOW CAUSE ORDER

Edward Smith, Jr., Esquire, was admitted to practice before the bar of this Court on October 15, 1976. On February 23, 2018, this Court received a copy of an order from the Court of Appeals of Maryland disbarring Respondent, effective February 19, 2018. It is therefore,

ORDERED by the United States District Court for the District of Maryland that Respondent be and hereby is immediately suspended from the practice of law before this Court; and it is further

ORDERED that Respondent show cause, if any, within thirty (30) days of the mailing of this Order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Court of Appeals of Maryland. Unless the Court notifies Respondent to the contrary, the Court will impose identical discipline if Respondent does not file a response to this Order. *See* Local Rule 705.3(d).

The Clerk is directed to send a certified copy of this Order, together with a copy of the order received from the Court of Appeals of Maryland, to Respondent by certified mail, return receipt requested, at Respondent's address on file with the Clerk's Office.

Date: March 1, 2018

James K. Bredar, Chief Judge
United States District Court